**DebtEd, SUPDIS**

# U.S. Bankruptcy Court
## District of New Jersey (Trenton)
### Bankruptcy Petition #: 20-23158-CMG

*Assigned to:* Judge Christine M. Gravelle
Chapter 13
Voluntary
Asset

*Date filed:* 11/30/2020
*341 meeting:* 01/07/2021
*Deadline for filing claims:* 02/08/2021

*Debtor*
**Douglas B Hellrigel**
2 Tudor Road
Freehold, NJ 07728
MONMOUTH-NJ
SSN / ITIN: xxx-xx-0733

represented by **Joseph Casello**
Collins, Vella & Casello
2317 Route 34 South
Suite 1A
Manasquan, NJ 08736
(732) 751-1766
Fax : (732) 751-1866
Email: jcasello@cvclaw.net

*Trustee*
**Albert Russo**
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853
(609) 587-6888

*U.S. Trustee*
**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
(973) 645-3014

| Filing Date | # | Docket Text |
|---|---|---|
| 11/30/2020 | 1 (64 pgs) | Chapter 13 Voluntary Petition Filed by Joseph Casello on behalf of Douglas B Hellrigel. (Casello, Joseph) (Entered: 11/30/2020) |
| 11/30/2020 | | Receipt of filing fee for Voluntary Petition (Chapter 13)( 20-23158) [misc,volp13a] ( 310.00) Filing Fee. Receipt number A41828544, fee amount $ 310.00. (re: Doc#1) (U.S. Treasury) (Entered: 11/30/2020) |

| | | |
|---|---|---|
| 11/30/2020 | [2](#) (1 pg) | Certificate of Credit Counseling filed by Joseph Casello on behalf of Douglas B Hellrigel. (Casello, Joseph) (Entered: 11/30/2020) |
| 12/01/2020 | [3](#) (4 pgs; 2 docs) | Meeting of Creditors and Notice of Appointment of Trustee Russo, Albert with 341(a) meeting to be held on 1/7/2021 at 10:00 AM at Telephonic/Video Conference. Complaint to determine dischargeability of certain debts deadline: 3/8/2021. Proofs of Claim due by 2/8/2021. (Entered: 12/01/2020) |
| 12/01/2020 | [4](#) (2 pgs) | Order to Show Cause Why Case Should Not be Dismissed for re: Failure to File Missing Documents. Missing Documents: Ch. 13 Plan and Motions (LOCAL FORM) . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/1/2020. Hearing scheduled for 12/22/2020 at 11:00 AM at CMG - Courtroom 3, Trenton. (pbf) (Entered: 12/01/2020) |
| 12/01/2020 | [5](#) (1 pg) | Notice of Appearance and Request for Service of Notice.. (Smith, Valerie) (Entered: 12/01/2020) |
| 12/03/2020 | [6](#) (3 pgs) | Notice and Order to Pay Trustee No. of Notices: 1. Notice Date 12/03/2020. (Admin.) (Entered: 12/04/2020) |
| 12/03/2020 | [7](#) (4 pgs) | BNC Certificate of Notice - Meeting of Creditors. No. of Notices: 4. Notice Date 12/03/2020. (Admin.) (Entered: 12/04/2020) |
| 12/03/2020 | [8](#) (4 pgs) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 12/03/2020. (Admin.) (Entered: 12/04/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/04/2020 15:50:09 | | | |
| **PACER Login:** | JA006000 | **Client Code:** | JA006000 |
| **Description:** | Docket Report | **Search Criteria:** | 20-23158-CMG Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for Quicken Loans, LLC

Case No: 20-23158 CMG

Chapter: 13

Judge: Christine M. Gravelle

In Re:
Douglas B. Hellrigel

                    Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Quicken Loans, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 12/07/2020

/s/ *Denise Carlon*
Denise Carlon
 07 Dec 2020, 16:06:58, EST
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: a3e3053a7091aeca71ff62085013b72043b4e9d5e1bc8f6a7285bb2f4628dd5e