Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.:  20−23158−CMG
                      Chapter:  13
                      Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Douglas B Hellrigel
   2 Tudor Road
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−0733

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          2/17/21
Time:         10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 11, 2020
JAN: gan

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 20-23158-CMG

Douglas B Hellrigel   Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Dec 11, 2020     Form ID: 132     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas B Hellrigel, 2 Tudor Road, Freehold, NJ 07728-3115 |
| 519035822 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, AAA Financial Services, PO Box 982234, El Paso, TX 79998 |
| 519035826 | | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 519035827 | + | Katie Boyle, 103 Princeton Avenue, Corning, NY 14830-1714 |
| 519035828 | + | Magical Enterprises, 2 Tudor Road, Freehold, NJ 07728-3115 |
| 519035833 | + | State of NJ Student AS, 4 Quakerbridge Plz, Trenton, NJ 08619-1241 |
| 519035836 | + | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 11 2020 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 11 2020 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519035825 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2020 22:04:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 519035824 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 11 2020 22:28:02 | Chase Cardmember Services, PO Box 15548, Wilmington, DE 19886-5548 |
| 519035829 | + | Email/Text: recovery@paypal.com | Dec 11 2020 22:02:00 | PayPal Working Capital, PO Box 45950, Omaha, NE 68145-0950 |
| 519035830 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 11 2020 22:05:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 519035831 | + | Email/Text: DeftBkr@santander.us | Dec 11 2020 22:04:00 | Santander, PO Box 841002, Boston, MA 02284-1002 |
| 519035832 | + | Email/Text: bankruptcynotices@squareup.com | Dec 11 2020 22:06:00 | Square Capital Program, 1455 Market Street, Suite 600, MSC715, San Francisco, CA 94103-1332 |
| 519035834 | | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 22:21:32 | Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 519037492 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 22:21:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519035835 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 11 2020 22:01:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 11

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: 132 | Total Noticed: 18 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519035823 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998-2234 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2020                    Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joseph Casello | on behalf of Debtor Douglas B Hellrigel jcasello@cvclaw.net jcasello627@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4