Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.:  20−23158−CMG
                      Chapter:  13
                      Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Douglas B Hellrigel
   2 Tudor Road
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−0733

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 24, 2021.

Dated: February 24, 2021
JAN: dmi

                                                                                        Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                        Case No. 20-23158-CMG
Douglas B Hellrigel                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                                  Page 1 of 2
Date Rcvd: Feb 24, 2021                 Form ID: plncf13                             Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas B Hellrigel, 2 Tudor Road, Freehold, NJ 07728-3115 |
| 519035822 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, AAA Financial Services, PO Box 982234, El Paso, TX 79998 |
| 519077520 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519035826 | | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 519057068 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519035827 | + | Katie Boyle, 103 Princeton Avenue, Corning, NY 14830-1714 |
| 519035828 | + | Magical Enterprises, 2 Tudor Road, Freehold, NJ 07728-3115 |
| 519084036 | + | NJCLASS, PO Box 548, Trenton, NJ 08625-0548 |
| 519064868 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519083968 | + | Square Capital c/o RMS, PO Box 19253, Minneapolis, MN 55419-0253 |
| 519035833 | + | State of NJ Student AS, 4 Quakerbridge Plz, Trenton, NJ 08619-1241 |
| 519035836 | + | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 519072664 | + | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |
| 519056804 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 24 2021 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 24 2021 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519035825 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2021 20:46:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 519035824 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 21:54:19 | Chase Cardmember Services, PO Box 15548, Wilmington, DE 19886-5548 |
| 519105890 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 21:53:08 | Portfolio Recovery Associates, LLC, c/o PAYPAL, POB 41067, Norfolk, VA 23541 |
| 519100762 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 21:53:08 | Portfolio Recovery Associates, LLC, c/o SAMS CLUB, POB 41067, Norfolk, VA 23541 |
| 519035829 | + | Email/Text: recovery@paypal.com | Feb 24 2021 20:45:00 | PayPal Working Capital, PO Box 45950, Omaha, NE 68145-0950 |
| 519102749 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2021 20:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519035830 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 24 2021 20:47:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519035831 | + | Email/Text: DeftBkr@santander.us | Feb 24 2021 20:47:00 | Santander, PO Box 841002, Boston, MA |

Case 20-23158-CMG    Doc 21    Filed 02/26/21    Entered 02/27/21 00:15:21    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 24, 2021 | Form ID: plncf13 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | 02284-1002 |
| 519035832 | + | Email/Text: bankruptcynotices@squareup.com | Feb 24 2021 20:47:00 | Square Capital Program, 1455 Market Street, Suite 600, MSC715, San Francisco, CA 94103-1332 |
| 519035834 | | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2021 21:55:27 | Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 519037492 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2021 21:54:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519108807 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 24 2021 21:54:29 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519035835 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 24 2021 20:45:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519035823 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998-2234 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joseph Casello | on behalf of Debtor Douglas B Hellrigel jcasello@cvclaw.net jcasello627@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4