| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
### Chapter 13 Case No. 20-23158 / CMG

Douglas B Hellrigel

Petition Filed Date: 11/30/2020
341 Hearing Date: 01/07/2021
Confirmation Date: 02/17/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/18/2020 | $800.00 | 26920343160 | 01/05/2021 | $800.00 | 27026144493 | 02/03/2021 | $800.00 | 26898671024 |

**Total Receipts for the Period: $2,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Douglas B Hellrigel | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Joseph Casello, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,550.00 | $0.00 | $3,550.00 |
| 1 | WELLS FARGO BANK, NA | Unsecured Creditors | $17,519.55 | $0.00 | $17,519.55 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $24,205.23 | $0.00 | $24,205.23 |
| 3 | QUICKEN LOANS INC<br>»»  P/2 TUDOR RD/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $41,052.27 | $0.00 | $41,052.27 |
| 5 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $8,413.22 | $0.00 | $8,413.22 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $7,940.22 | $0.00 | $7,940.22 |
| 7 | BANK OF AMERICA | Unsecured Creditors | $3,943.24 | $0.00 | $3,943.24 |
| 8 | SQUARE CAPITAL | Unsecured Creditors | $28,250.00 | $0.00 | $28,250.00 |
| 9 | NJCLASS | Unsecured Creditors | $16,353.38 | $0.00 | $16,353.38 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SAMS CLUB | Unsecured Creditors | $10,685.58 | $0.00 | $10,685.58 |
| 11 | QUANTUM3 GROUP LLC AS AGENT<br>»»  TOTAL REWARDS NETWORK | Unsecured Creditors | $21,617.04 | $0.00 | $21,617.04 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PAYPAL | Unsecured Creditors | $11,787.86 | $0.00 | $11,787.86 |
| 13 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,973.64 | $0.00 | $1,973.64 |
| 14 | Katie Boyle | Support Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-23158 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,400.00 | Plan Balance: | $50,730.00 ** |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $800.00 |
| Paid to Trustee: | $146.40 | Arrearages: | $0.00 |
| Funds on Hand: | $2,253.60 | Total Plan Base: | $53,130.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**