| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 20-23158 / CMG

Douglas B Hellrigel

Petition Filed Date: 11/30/2020
341 Hearing Date: 01/07/2021
Confirmation Date: 02/17/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2021 | $800.00 | 27026144493 | 02/03/2021 | $800.00 | 26898671024 | 03/02/2021 | $890.00 | 27207629910 |
| 03/17/2021 | $890.00 | 27214278658 | 04/13/2021 | $891.00 | 27065044350 | 05/12/2021 | $890.00 | 27065046464 |
| 06/15/2021 | $890.00 | 27065049006 | 07/07/2021 | $890.00 | 27214295343 | 07/28/2021 | $890.00 | 27552910026 |
| 08/30/2021 | $890.00 | 27477769364 | 10/06/2021 | $890.00 | 27685136632 | 11/02/2021 | $890.00 | 27685138511 |
| 12/07/2021 | $890.00 | 27685149412 | 01/04/2022 | $890.00 | 25830219925 | 02/03/2022 | $890.00 | 27552915900 |

**Total Receipts for the Period: $13,171.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,971.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Douglas B Hellrigel | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Joseph Casello, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,550.00 | $3,550.00 | $0.00 |
| 1 | WELLS FARGO BANK, NA | Unsecured Creditors | $17,519.55 | $597.27 | $16,922.28 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $24,205.23 | $825.19 | $23,380.04 |
| 3 | QUICKEN LOANS INC<br>»»  P/2 TUDOR RD/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $41,052.27 | $1,399.54 | $39,652.73 |
| 5 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $8,413.22 | $286.82 | $8,126.40 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $7,940.22 | $270.70 | $7,669.52 |
| 7 | BANK OF AMERICA | Unsecured Creditors | $3,943.24 | $120.32 | $3,822.92 |
| 8 | SQUARE CAPITAL | Unsecured Creditors | $28,250.00 | $963.09 | $27,286.91 |
| 9 | NJCLASS | Unsecured Creditors | $16,353.38 | $557.58 | $15,795.80 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/SAMS CLUB | Unsecured Creditors | $10,685.58 | $364.29 | $10,321.29 |
| 11 | QUANTUM3 GROUP LLC AS AGENT<br>»»  COMENITY/TOTAL REWARDS NETWORK | Unsecured Creditors | $21,617.04 | $736.96 | $20,880.08 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/PAYPAL | Unsecured Creditors | $11,787.86 | $401.86 | $11,386.00 |
| 13 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,973.64 | $52.69 | $1,920.95 |
| 14 | Katie Boyle | Support Arrears | $0.00 | $0.00 | $0.00 |
| 15 | NJCLASS | Unsecured Creditors | $13,762.31 | $469.18 | $13,293.13 |
| 16 | NJCLASS | Unsecured Creditors | $1,818.93 | $62.01 | $1,756.92 |
| 17 | NJCLASS | Unsecured Creditors | $18,489.03 | $630.33 | $17,858.70 |

**Chapter 13 Case No. 20-23158 / CMG**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,971.00 | Plan Balance: | $39,159.00 ** |
| Paid to Claims: | $11,287.83 | Current Monthly Payment: | $890.00 |
| Paid to Trustee: | $1,024.00 | Arrearages: | ($891.00) |
| Funds on Hand: | $1,659.17 | Total Plan Base: | $53,130.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.