| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 20-23158 / CMG**

Douglas B Hellrigel

Petition Filed Date: 11/30/2020
341 Hearing Date: 01/07/2021
Confirmation Date: 02/17/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2022 | $890.00 | 25830219925 | 02/03/2022 | $890.00 | 27552915900 | 02/25/2022 | $890.00 | 27552918330 |
| 03/29/2022 | $890.00 | 27842994584 | 04/19/2022 | $890.00 | 27846782313 | 06/01/2022 | $890.00 | 28129953960 |
| 07/11/2022 | $890.00 | 27815447856 | 08/03/2022 | $890.00 | 28129971958 | 08/30/2022 | $890.00 | 28129974581 |
| 10/05/2022 | $890.00 | 28414453296 | 11/01/2022 | $890.00 | 28414459934 | 12/05/2022 | $890.00 | 28125440021 |
| 01/05/2023 | $890.00 | 28414469597 | 02/07/2023 | $890.00 | 28656127001 | 03/01/2023 | $890.00 | 28656127901 |

**Total Receipts for the Period: $13,350.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,541.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Douglas B Hellrigel | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Joseph Casello, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,550.00 | $3,550.00 | $0.00 |
| 1 | WELLS FARGO BANK, NA | Unsecured Creditors | $17,519.55 | $1,415.59 | $16,103.96 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $24,205.23 | $1,955.79 | $22,249.44 |
| 3 | QUICKEN LOANS INC<br>»»  P/2 TUDOR RD/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $41,052.27 | $3,317.03 | $37,735.24 |
| 5 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $8,413.22 | $679.83 | $7,733.39 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $7,940.22 | $641.57 | $7,298.65 |
| 7 | BANK OF AMERICA | Unsecured Creditors | $3,943.24 | $318.63 | $3,624.61 |
| 8 | SQUARE CAPITAL | Unsecured Creditors | $28,250.00 | $2,282.62 | $25,967.38 |
| 9 | NJCLASS | Unsecured Creditors | $16,353.38 | $1,321.36 | $15,032.02 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/SAMS CLUB | Unsecured Creditors | $10,685.58 | $863.41 | $9,822.17 |
| 11 | QUANTUM3 GROUP LLC AS AGENT<br>»»  COMENITY/TOTAL REWARDS NETWORK | Unsecured Creditors | $21,617.04 | $1,746.66 | $19,870.38 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/PAYPAL | Unsecured Creditors | $11,787.86 | $952.47 | $10,835.39 |
| 13 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,973.64 | $145.17 | $1,828.47 |
| 14 | Katie Boyle | Support Arrears | $0.00 | $0.00 | $0.00 |
| 15 | NJCLASS | Unsecured Creditors | $13,762.31 | $1,112.01 | $12,650.30 |
| 16 | NJCLASS | Unsecured Creditors | $1,818.93 | $140.37 | $1,678.56 |
| 17 | NJCLASS | Unsecured Creditors | $18,489.03 | $1,493.92 | $16,995.11 |

**Chapter 13 Case No. 20-23158 / CMG**

|  | **SUMMARY** |  |  |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $25,541.00 | Plan Balance: | $27,589.00 ** |
| Paid to Claims: | $21,936.43 | Current Monthly Payment: | $890.00 |
| Paid to Trustee: | $1,931.80 | Arrearages: | ($891.00) |
| Funds on Hand: | $1,672.77 | Total Plan Base: | $53,130.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.