| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
### Chapter 13 Case No. 20-23158 / CMG

Douglas B Hellrigel

Petition Filed Date: 11/30/2020
341 Hearing Date: 01/07/2021
Confirmation Date: 02/17/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2023 | $890.00 | 28414469597 | 02/07/2023 | $890.00 | 28656127001 | 03/01/2023 | $890.00 | 28656127901 |
| 04/03/2023 | $890.00 | 28400136491 | 05/02/2023 | $890.00 | 28656143223 | 05/31/2023 | $890.00 | 28656144898 |
| 07/03/2023 | $890.00 | 28400146492 | 07/28/2023 | $890.00 | 28821576093 | 08/30/2023 | $890.00 | 28867784837 |
| 09/26/2023 | $890.00 | 28867794636 | 10/25/2023 | $890.00 | 28867796987 | 12/06/2023 | $890.00 | 28913089173 |
| 01/03/2024 | $890.00 | 28414467911 | 01/24/2024 | $890.00 | 29212526046 | | | |

**Total Receipts for the Period: $12,460.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $35,331.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Douglas B Hellrigel | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Joseph Casello, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,550.00 | $3,550.00 | $0.00 |
| 1 | WELLS FARGO BANK, NA | Unsecured Creditors | $17,519.55 | $2,050.01 | $15,469.54 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $24,205.23 | $2,832.32 | $21,372.91 |
| 3 | QUICKEN LOANS INC<br>»» P/2 TUDOR RD/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $41,052.27 | $4,803.63 | $36,248.64 |
| 5 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $8,413.22 | $984.46 | $7,428.76 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $7,940.22 | $929.07 | $7,011.15 |
| 7 | BANK OF AMERICA | Unsecured Creditors | $3,943.24 | $447.29 | $3,495.95 |
| 8 | SQUARE CAPITAL | Unsecured Creditors | $28,250.00 | $3,305.61 | $24,944.39 |
| 9 | NJCLASS | Unsecured Creditors | $16,353.38 | $1,913.55 | $14,439.83 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/SAMS CLUB | Unsecured Creditors | $10,685.58 | $1,250.35 | $9,435.23 |
| 11 | QUANTUM3 GROUP LLC AS AGENT<br>»» COMENITY/TOTAL REWARDS NETWORK | Unsecured Creditors | $21,617.04 | $2,529.47 | $19,087.57 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/PAYPAL | Unsecured Creditors | $11,787.86 | $1,379.28 | $10,408.58 |
| 13 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,973.64 | $216.72 | $1,756.92 |
| 14 | Katie Boyle | Support Arrears | $0.00 | $0.00 | $0.00 |
| 15 | NJCLASS | Unsecured Creditors | $13,762.31 | $1,610.36 | $12,151.95 |
| 16 | NJCLASS | Unsecured Creditors | $1,818.93 | $199.73 | $1,619.20 |
| 17 | NJCLASS | Unsecured Creditors | $18,489.03 | $2,163.45 | $16,325.58 |

Chapter 13 Case No. 20-23158 / CMG

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,331.00 | Plan Balance: | $17,799.00 ** |
| Paid to Claims: | $30,165.30 | Current Monthly Payment: | $890.00 |
| Paid to Trustee: | $2,675.84 | Arrearages: | ($1,781.00) |
| Funds on Hand: | $2,489.86 | Total Plan Base: | $53,130.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.