| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 20-23158 / CMG**

Douglas B Hellrigel

Petition Filed Date: 11/30/2020
341 Hearing Date: 01/07/2021
Confirmation Date: 02/17/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2024 | $890.00 | 28414467911 | 01/24/2024 | $890.00 | 29212526046 | 02/28/2024 | $890.00 | 29204387267 |
| 04/02/2024 | $890.00 | 29204386154 | 05/01/2024 | $890.00 | 29204393850 | 06/04/2024 | $890.00 | 29204394985 |
| 07/03/2024 | $890.00 | 29212535711 | 07/19/2024 | $890.00 | 29212536543 | 08/09/2024 | $890.00 | 29212533213 |
| 09/18/2024 | $890.00 | 29212540446 | 09/30/2024 | $890.00 | 29212544452 | 10/30/2024 | $890.00 | 29212528713 |
| 11/05/2024 | $890.00 | 29212549468 | 12/09/2024 | $890.00 | 29561509001 | | | |

**Total Receipts for the Period: $12,460.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $46,011.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Douglas B Hellrigel | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Joseph Casello, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,550.00 | $3,550.00 | $0.00 |
| 1 | WELLS FARGO BANK, NA | Unsecured Creditors | $17,519.55 | $2,949.24 | $14,570.31 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $24,205.23 | $4,074.64 | $20,130.59 |
| 3 | QUICKEN LOANS INC<br>»» P/2 TUDOR RD/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $41,052.27 | $6,910.72 | $34,141.55 |
| 5 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $8,413.22 | $1,416.25 | $6,996.97 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $7,940.22 | $1,336.65 | $6,603.57 |
| 7 | BANK OF AMERICA | Unsecured Creditors | $3,943.24 | $663.81 | $3,279.43 |
| 8 | SQUARE CAPITAL | Unsecured Creditors | $28,250.00 | $4,755.59 | $23,494.41 |
| 9 | NJCLASS | Unsecured Creditors | $16,353.38 | $2,752.93 | $13,600.45 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/SAMS CLUB | Unsecured Creditors | $10,685.58 | $1,798.80 | $8,886.78 |
| 11 | QUANTUM3 GROUP LLC AS AGENT<br>»» COMENITY/TOTAL REWARDS NETWORK | Unsecured Creditors | $21,617.04 | $3,639.00 | $17,978.04 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/PAYPAL | Unsecured Creditors | $11,787.86 | $1,984.37 | $9,803.49 |
| 13 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,973.64 | $325.20 | $1,648.44 |
| 14 | Katie Boyle | Support Arrears | $0.00 | $0.00 | $0.00 |
| 15 | NJCLASS | Unsecured Creditors | $13,762.31 | $2,316.72 | $11,445.59 |
| 16 | NJCLASS | Unsecured Creditors | $1,818.93 | $299.70 | $1,519.23 |
| 17 | NJCLASS | Unsecured Creditors | $18,489.03 | $3,112.44 | $15,376.59 |

**Chapter 13 Case No. 20-23158 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $46,011.00 | Plan Balance: | $7,119.00 ** |
| Paid to Claims: | $41,886.06 | Current Monthly Payment: | $890.00 |
| Paid to Trustee: | $3,297.05 | Arrearages: | ($1,781.00) |
| Funds on Hand: | $827.89 | Total Plan Base: | $53,130.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**