Certificate Number: 15317-NJ-DE-040417245

Bankruptcy Case Number: 20-23158



15317-NJ-DE-040417245

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 15, 2025, at 5:02 o'clock PM PST, Douglas B Hellrigel completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   December 15, 2025          By:    /s/Christel Raz

                                   Name:  Christel Raz

                                   Title: Counselor