<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| Debtor 1 | Douglas B Hellrigel | Social Security number or ITIN  xxx–xx–0733 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   20–23158–CMG

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Douglas B Hellrigel

1/7/26

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:

Douglas B Hellrigel

     Debtor

Case No. 20-23158-CMG

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: 3180W | Total Noticed: 30 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas B Hellrigel, 2 Tudor Road, Freehold, NJ 07728-3115 |
| 519035827 | + | Katie Boyle, 103 Princeton Avenue, Corning, NY 14830-1714 |
| 519035828 | + | Magical Enterprises, 2 Tudor Road, Freehold, NJ 07728-3115 |
| 519084036 | + | NJCLASS, PO Box 548, Trenton, NJ 08625-0548 |
| 519083968 | + | Square Capital c/o RMS, PO Box 19253, Minneapolis, MN 55419-0253 |
| 519035833 | + | State of NJ Student AS, 4 Quakerbridge Plz, Trenton, NJ 08619-1241 |

TOTAL: 6


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 07 2026 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 07 2026 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519035822 | | EDI: BANKAMER | Jan 08 2026 01:47:00 | AAA Financial Services, PO Box 982234, El Paso, TX 79998 |
| 519035823 | | EDI: BANKAMER | Jan 08 2026 01:47:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 519077520 | + | EDI: BANKAMER2 | Jan 08 2026 01:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519035824 | | EDI: JPMORGANCHASE | Jan 08 2026 01:47:00 | Chase Cardmember Services, PO Box 15548, Wilmington, DE 19886-5548 |
| 519035825 | | EDI: WFNNB.COM | Jan 08 2026 01:47:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 519035826 | | EDI: LCIICSYSTEM | Jan 08 2026 01:47:00 | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 519057068 | + | Email/Text: RASEBN@raslg.com | Jan 07 2026 20:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519105890 | | EDI: PRA.COM | Jan 08 2026 01:47:00 | Portfolio Recovery Associates, LLC, c/o PAYPAL, POB 41067, Norfolk, VA 23541 |
| 519100762 | | EDI: PRA.COM | Jan 08 2026 01:47:00 | Portfolio Recovery Associates, LLC, c/o SAMS CLUB, POB 41067, Norfolk, VA 23541 |
| 519035829 | + | Email/Text: recovery@paypal.com | Jan 07 2026 20:54:00 | PayPal Working Capital, PO Box 45950, Omaha, NE 68145-0950 |
| 519102749 | | EDI: Q3G.COM | Jan 08 2026 01:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519035830 | + | Email/Text: bankruptcyteam@rocketmortgage.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: 3180W | Total Noticed: 30 |

| | | Jan 07 2026 20:55:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
|---|---|---|---|
| 519064868 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jan 07 2026 20:55:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519035831 | + Email/Text: DeftBkr@santander.us | Jan 07 2026 20:55:00 | Santander, PO Box 841002, Boston, MA 02284-1002 |
| 519035832 | + Email/Text: bankruptcynotices@squareup.com | Jan 07 2026 20:56:00 | Square Capital Program, 1455 Market Street, Suite 600, MSC715, San Francisco, CA 94103-1332 |
| 519035834 | EDI: SYNC | Jan 08 2026 01:47:00 | Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 519037492 | + EDI: PRA.COM | Jan 08 2026 01:47:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519108807 | + EDI: AIS.COM | Jan 08 2026 01:47:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519035835 | + EDI: VERIZONCOMB.COM | Jan 08 2026 01:47:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |
| 519035836 | + EDI: WFHOME | Jan 08 2026 01:47:00 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 519072664 | + EDI: WFCCSBK | Jan 08 2026 01:47:00 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |
| 519056804 | EDI: WFCCSBK | Jan 08 2026 01:47:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |

District/off: 0312-3        User: admin        Page 3 of 3

Date Rcvd: Jan 07, 2026        Form ID: 3180W        Total Noticed: 30

docs@russotrustee.com

Denise E. Carlon

on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Joseph Casello

on behalf of Debtor Douglas B Hellrigel jcasello@cvclaw.net  jcasello627@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6